United States District Court
Southern District of Texas
**ENTERED**
July 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ASHLEY ROBINSON, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01542 |
| § | |
| THE CITY OF LA MARQUE § | |
| and § | |
| TODD WEIDMAN § | |
| and § | |
| CHARLES JACKSON, § § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER FOR IMPROPER VENUE

On this day, the Court considered the defendants' Motion to Dismiss, or in the Alternative, to Transfer Venue pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a) (Dkt. No. 8). The Court finds that the motion should be GRANTED in part.

It is hereby ORDERED that the case is transferred to the United States District Court for the Southern District of Texas, Galveston Division.

It is so ORDERED.

SIGNED on this 27th day of July, 2021.

_____
Kenneth M. Hoyt
United States District Judge